
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10216 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-01544-DLR-3 |
| v. | |
| JOSE JAVIER LOPEZ-DIAZ, a.k.a. Javier Lopez-Diaz, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted May 19, 2016[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Jose Javier Lopez-Diaz appeals from the district court's judgment and

challenges his guilty-plea conviction and 144-month sentence for conspiracy to

possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

846 and 841(b)(1)(A)(viii).  Pursuant to *Anders v. California,* 386 U.S. 738 (1967),
Lopez-Diaz's counsel has filed a brief stating that there are no grounds for relief,
along with a motion to withdraw as counsel of record.  We have provided Lopez-
Diaz the opportunity to file a pro se supplemental brief.  No pro se supplemental
brief or answering brief has been filed.

Lopez-Diaz  has waived his right to appeal his conviction and sentence.
Because the record discloses no arguable issue as to the validity of the appeal
waiver, we dismiss the appeal.  *See United States v. Watson,* 582 F.3d 974, 986-88
(9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**